■ TOWN OF CARMEL, Respondent, v MARIO DI GREGORIO, INC., et al., Appellants.—In an action to recover damages for breach of contract, defendants appeal from a judgment of the Supreme Court, Putnam County (Beisheim, J.), entered February 15, 1984, which awarded plaintiff the principal sum of $14,300, upon an agreed statement of facts.

Judgment affirmed, with costs.

The trial court correctly found that plaintiff complied adequately with the notification requirements of the parties' agreement. Lazer, J. P., O'Connor, Weinstein and Niehoff, JJ., concur.